Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **In Proceedings Under Chapter 7** |
| **DOUGLAS A. EAST and CHRISTINE M. EAST,** | **Case No. 0:09-bk-28911-EWH** |
| **Debtors.** | |
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION as grantor trustee of the Protium Master Grantor Trust,** | **RESPONSE AND OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| **Movant,** | |
| vs. | |
| **DOUGLAS A. EAST and CHRISTINE M. EAST, Debtors; LAWRENCE J. WARFIELD, Trustee,** | |
| **Respondents.** | |

Debtors Douglas East and Christine East, by and through their undersigned counsel, hereby responds and objects to Movant, The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust's Motion for Relief from the Automatic Stay, admits, denies and alleges as follows:

1. Responding to Paragraph 1, Debtors *admit* to each and every allegation contained therein.

2. Responding to Paragraph 2, Debtors *admits* to each and every allegation contained

1 | therein.

2 | 3. Responding to Paragraph 3, Debtors *deny* each and every allegation contained therein.

3 | 4. Responding to Paragraph 4, Debtors *deny* each and every allegation contained therein.

4 | 5. Responding to Paragraph 5, Debtors *deny* each and every allegation contained therein

5 | as there equity in the said property.

6 | 6. Responding to Paragraph 6, Debtors *deny* each and every allegation contained therein.

WHEREFORE, Debtors Douglas East and Christine East request this Court *deny* Movant's Motion for Relief from the Automatic Stay filed by The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust.

RESPECTFULLY SUBMITTED this 14th day of December, 2009.

**LAW OFFICES OF ROBERT M. COOK, PLLC**

By: /s/ Robert M. Cook
Robert M. Cook,
*Attorney for Debtors*

COPY OF THE FOREGOING mailed
this 14th day of December, 2009 to:

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267
*Chapter 7 Trustee*

Mark S. Bosco
2525 E. Camelback Rd., Third Floor
Phoenix, AZ 85016
*Attorneys for Movant, The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust*

Douglas and Christine East
11279 S. Glenwood Avenue
PMB #11022
Yuma, AZ 85367

*By: /s/ Andrena Geiler*